

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00124-CR

**JUSTIN RENE HERNANDEZ,**

                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                **Appellee**

---

### From the 66th District Court
### Hill County, Texas
### Trial Court No. F277-18

---

## MEMORANDUM OPINION

---

Justin Hernandez attempts to appeal his conviction for possession of a controlled substance. The certificate of right to appeal indicates that this is a plea bargain case and that Hernandez waived his right to appeal. TEX. R. APP. P. 25.2(d). Moreover, it appears that the notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1). The sentence was imposed on February 26, 2020, and the notice of appeal was filed on April 6, 2020. Accordingly, the appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Hernandez may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Hernandez desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Appeal dismissed
Opinion delivered and filed April 9, 2020
Do not publish
[CRPM]

